1  Al Lustgarten, Bar # 189503
   Lustgarten Law
   30851 Agoura Rd # 114
2  Agoura Hills, Ca 91301
   Phone; 818-907-5866   Fax 818-461-5959
3  Attorney for Plaintiff

4              UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC,       )
                                      )
7           Plaintiff,    vs.         )  Case No.: 2:12-CV-03860-WDK-FMO
                                      )
8  JESUS S PELAYO, et al,             )  **RENEWAL OF JUDGMENT** BY CLERK
                                      )
9           Defendant,                )
                                      )
10 _____)

11 Based upon the application for renewal of the judgment of the original judgment, and pursuant to

12 F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

13 Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Jesus S. Pelayo,

14 entered on August 29, 2013, be and the same is hereby renewed in the amounts as set forth below:

        Renewal of money judgment

        a.  Total judgment                              $    4,820.00
        b.  Costs after judgment                        $        0.00
        c.  Subtotal *(add a and b)*                    $    4,820.00
        d.  Credits                                     $        0.00
        e.  Subtotal *(subtract d from c)*              $    4,820.00
        f.  Interest after judgment (.14%)              $       35.67
        g.  Fee for filing renewal of application       $        0.00
        **h. Total renewed judgment (add e, f and g)**  $    **4,855.67**

Dated:  June 7, 2023            CLERK, by Deputy _Sharon Hall Brown_

                                KIRY K. GRAY
                                Clerk of U.S. District Court

Renewal of Judgment